**Continuing Abatement Order filed August 1, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00167-CV
_____

### VONDA BARNHART, Appellant

### V.

### SYLVIA MORALES AND LUIS PEREZ, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-17655**

## CONTINUING ABATEMENT ORDER

This is an appeal of a judgment in favor of Sylvia Morales and Luis Perez. On March 21, 2013, this court abated the case because notice was filed that Santa Fe Auto Insurance Company, which insures appellant, had been placed into receivership by the State of Texas. Subsequently, this court learned that Santa Fe Auto Insurance Company was declared insolvent and placed into liquidation by the 419th District Court of Travis County, Texas in cause no. D-1GV-13-000204.

The Guaranty Act imposes an automatic six-month stay of this proceeding. Tex. Ins. Code § 462.309. Accordingly, we stay this appeal. The abatement of this appeal is continued until **October 5, 2013**, or until further order of this court.

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until October 6, 2013, or further order of this court.


PER CURIAM